UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KEVIN D. HAMLET, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No. 1:06-cv-1573-SEB-JMS |
| ) | |
| SUPERINTENDENT, Plainfield ) | |
| Correctional Facility, ) | |
| ) | |
| Respondent. ) | |

**Entry Discussing Petition for Writ of Habeas Corpus**

The prison disciplinary proceeding challenged in this action has been dismissed through administrative order of the Superintendent of the Plainfield Correctional Facility. This renders the petitioner's challenge to that proceeding moot, and the respondent's motion to dismiss this action as moot is therefore **granted.**

A claim which is moot must be dismissed for lack of jurisdiction. Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 03/07/2007

_SARAH EVANS BARKER, JUDGE_
United States District Court
Southern District of Indiana