UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KEVIN D. HAMLET, ) <br> ) <br> Petitioner, ) <br> v. ) <br> ) <br> SUPERINTENDENT, Plainfield ) <br>  Correctional Facility, ) <br> ) <br> Respondent. ) | No. 1:06-cv-1573-SEB-JMS |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 03/07/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kevin Hamlet
DOC #892772
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN   46168

Linda Sue Leonard
INDIANA STATE ATTORNEY GENERAL
linda.leonard@atg.in.gov